STATE of Alaska, acting By Through its **DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES,** Appellants, Cross–Appellees,

v.

**EASTWIND, INC.,** Appellee, Cross–Appellant.

No. 4547.

Supreme Court of Alaska.

Nov. 3, 1993.

Before MOORE, C.J., and RABINOWITZ, BURKE, MATTHEWS and COMPTON, JJ.

ORDER

On consideration of the petition for rehearing, filed on May 24, 1993, and the response, filed on August 5, 1993,

IT IS ORDERED:

Due to error in footnote 5, in the recitation of events below, Opinion No. 3953, 851 P.2d 1348, released by the clerk of court on May 14, 1993, is hereby withdrawn. This matter having now been settled by the parties, a second (corrected) opinion will not be issued.

Entered by direction of the court at Anchorage, Alaska on November 3, 1993.